LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 18-17321-BTB |
| CAROL THATCHER | IN PROCEEDINGS UNDER CHAPTER 7 |
| | DOCUMENT IN SUPPORT OF NO ASSET REPORT |
| Debtor | |

Attached hereto and incorporated herein by reference is a copy of Form 1 in support of the Trustee's No Asset Report filed concurrently herein.

Dated: March 20, 2019            /s/ Lenard E. Schwartzer
                                 LENARD E. SCHWARTZER
                                 Trustee

FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 18-17321-BTB | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | THATCHER, CAROL | Date Filed (f) or Converted (c): | 12/13/2018 (f) |
| For the Period Ending: | 3/20/2019 | §341(a) Meeting Date: | 01/16/2019 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 401 Honeysuckle Street Mesquite NV 89027-0000 | $233,900.00 | $0.00 | | $0.00 | FA |
| 2 | kingman Arizona Vacant Land Kingman, AZ - 86409-0000 Mohave County | $1,200.00 | $1,200.00 | | $0.00 | FA |
| Asset Notes: | Per land tax bill, amount is correct, amount too small to administer | | | | | |
| 3 | Make: Nissan Model: Altma Year: 2012 Mileage: 63000 | $8,519.00 | $0.00 | | $0.00 | FA |
| 4 | HOUSEHOLD FURNISHINGS | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Rings,watches, etc. | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Checking #4185 Washington Federal | $100.00 | $100.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| | $246,819.00 | $1,300.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**
03/20/2019    AMENDED TO NO ASSET

Initial Projected Date Of Final Report (TFR):                                    /s/ LENARD E. SCHWARTZER
Current Projected Date Of Final Report (TFR):                                    LENARD E. SCHWARTZER